# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4428
_____

DARIEN BUFORD,

Appellant,

v.

LOWELL COLLINS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

July 19, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Linda A. Bailey and Hunter J. Hendrix of the Law Office of Linda A. Bailey, P.A., Tallahassee, for Appellant.

Olivia Brooks and Joseph E. Brooks of Brooks Law, Tallahassee, for Appellee.